UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20402-CR-SEITZ

UNITED STATES OF AMERICA,

v.

VINCENT JONES,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of A. J. Goodman, Esq. for fees and expenses be reduced from $6,934.40 to a total of $6,503.40. The Court has reviewed Judge Palermo's R&R. Ms. Goodman has advised the Court that she will not file any objections. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Ms. Goodman shall be paid $6,503.40 as fair compensation for her work on this case.

DONE AND ORDERED in Miami, Florida this 22nd day of July, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
A. J. Goodman, Esq.
Lucy Lara, CJA Administrator